**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

| | |
|---|---|
| **In re:** | Chapter 13 |
| Janet Elyse Bell | Case No. 15-52104 |
| _____Debtor(s)._____/ | Judge: Hon. Marci McIvor |

ORDER CONFIRMING PLAN

     The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

     Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last modified, if at all, is confirmed.

     IT IS FURTHER ORDERED that the claim of attorney for the Debtor(s), for the allowance of compensation and reimbursement of Expenses are allowed in the total amount of $3,500.00 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $ 3,500.00 shall be paid by the Trustee as an administrative expense of this case.

     IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

     All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

     IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

[ ] The Debtor(s) shall remit _____% of all tax refunds to which Debtor is entitled during the pendency of the Case and shall not alter withholdings without Court approval.
[ ] The Debtor(s)' Plan shall continue for no less than ___ months.
[ ] The Debtor(s)' Plan payments shall be increased to $_____ per _____ effective the _____ day of _____, _____.
[ ] Creditors rights to object to the last filed Modified Plan are preserved until_____.
[X] Other: Creditor Wells Fargo Bank, N.A. shall have a class 5.1 secured claim of $21,410.19 pursuant to its duly filed claim (PACER CLAIM 2) as to the Debtor's 2011 Ford Taurus to be paid at 5.25% interest in equal monthly payments of $406.50. Creditor shall retain its lien until the claim is paid in full pursuant to applicable non-bankruptcy law.

| APPROVED: | OBJECTIONS WITHDRAWN: | APPROVED: |
|---|---|---|
| _/s/ Thomas D. DeCarlo_ attorney for | _/s/ Brett Border_____ | /s/ Ryan B. Moran_____ |
| DAVID WM. RUSKIN (P26803) | Brett Border P65534 | Ryan B. Moran (P70753) |
| CHAPTER 13 TRUSTEE | Attorney for Wells Fargo Bank | Attorney for Debtor |
| 26555 Evergreen Rd. | Fabrizio & Brook, P.C. | Moran Law |
| 1100 Travelers Towers | 700 Tower Drive, Suite 510 | 25600 Woodward Ave.; Ste. 201 |
| Southfield, MI 48076-4251 | Troy, MI 48098 | Royal Oak, MI 48067 |
| 248-352-7755 | | |

.

**Signed on November 25, 2015**

                                                                      /s/ Marci B. McIvor_____
                                                                      Marci B. McIvor
                                                              United States Bankruptcy Judge