Debtor 1      Janet Elyse Bell

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: __Eastern__ District of __Michigan__
(State)

Case number   15-52104

# Form 4100R
## Response to Notice of Final Cure Payment                               10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 9 3 3

**Property address:** 17625 Shaftsbury Ave
Number    Street

Detroit          MI       48219
City             State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                              (a)  $ 808.02

b. Total fees, charges, expenses, escrow, and costs outstanding:     + (b)  $ 0.00

c. **Total.** Add lines a and b.                                          (c)  $ 808.02

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 08/01/2019
MM / DD / YYYY

| Debtor 1 | Janet Elyse Bell | Case number (if known) 15-52104-mbm |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Molly Slutsky Simons
Signature

Date 9/11/2019

Print: Molly Slutsky Simons
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sottile and Barile, Attorneys at Law

If different from the notice address listed on the proof of claim to which this response applies:

Address: 394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone (513) 444-4100

Email: bankruptcy@sottileandbarile.com



| Payment Changes | | | | |
|---|---|---|---|---|
| Date | P&I | Escrow | Total | Notice Filed |
| 9/1/2015 | | | $606.18 | Filed w/ POC |
| 1/1/2016 | | | $539.26 | Filed w/ POC |
| 4/1/2017 | | | $562.81 | NOPC |
| 1/1/2018 | | | $404.01 | NOPC |
| | | | | |
| | | | | |

| Loan Information | |
|---|---|
| Loan # | |
| Borrower | Bell |
| BK Case # | 15-52104 |
| Date Filed | 8/14/2015 |
| First Post Petition Due Date | 9/1/2015 |
| POC Covers | 02/01/15 - 08/01/15 |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/4/2016 | $572.14 | Suspense | | | $572.14 | $572.14 | | $572.14 | | | $0.00 | $0.00 | |
| 3/3/2016 | $119.61 | 9/1/2015 | 2/1/2015 | $606.18 | -$486.57 | | $486.57 | $85.57 | | | $0.00 | $0.00 | |
| 4/7/2016 | $1,171.83 | 10/1/2015 - 11/01/15 | 3/1/2015 - 04/01/15 | $1,212.36 | -$40.53 | | $40.53 | $45.04 | | | $0.00 | $0.00 | |
| 5/5/2016 | $645.72 | 12/1/2015 | 5/1/2015 | $606.18 | $39.54 | $39.54 | | $84.58 | | | $0.00 | $0.00 | |
| 6/2/2016 | $634.46 | 1/1/2016 | 6/1/2015 | $539.26 | $95.20 | $95.20 | | $179.78 | | | $0.00 | $0.00 | |
| 7/7/2016 | $1,154.94 | 2/1/16 - 03/1/16 | 7/1/15 - 8/1/15 | $1,078.52 | $76.42 | $76.42 | | $256.20 | | | $0.00 | $0.00 | |
| 8/4/2016 | $634.46 | 4/1/2016 | 9/1/2015 | $539.26 | $95.20 | $95.20 | | $351.40 | | | $0.00 | $0.00 | |
| 9/8/2016 | $634.46 | 5/1/2016 | 10/1/2015 | $539.26 | $95.20 | $95.20 | | $446.60 | | | $0.00 | $0.00 | |
| 10/6/2016 | $634.46 | 6/1/2016 | 11/1/2015 | $539.26 | $95.20 | $95.20 | | $541.80 | | | $0.00 | $0.00 | |
| 11/3/2016 | $629.96 | 7/1/16 - 8/1/16 | 12/1/15 - 1/1/16 | $1,078.52 | -$448.56 | | $448.56 | $93.24 | | | $0.00 | $0.00 | |
| 12/8/2016 | $1,148.19 | 9/1/16 - 10/1/16 | 2/1/16 - 3/1/16 | $1,078.52 | $69.67 | $69.67 | | $162.91 | | | $0.00 | $0.00 | |
| 1/5/2017 | $625.32 | 11/1/2016 | 4/1/2016 | $539.26 | $86.06 | $86.06 | | $248.97 | | | $0.00 | $0.00 | |
| 2/2/2017 | $629.96 | 12/1/2016 | 5/1/2016 | $539.26 | $90.70 | $90.70 | | $339.67 | | | $0.00 | $0.00 | |
| 3/2/2017 | $629.96 | 1/1/2017 | 6/1/2016 | $539.26 | $90.70 | $90.70 | | $430.37 | | | $0.00 | $0.00 | |
| 4/6/2017 | $629.96 | 2/1/2017 | 7/1/2016 | $539.26 | $90.70 | $90.70 | | $521.07 | | | $0.00 | $0.00 | |
| 5/4/2017 | $629.96 | 3/1/17 - 4/1/17 | 08/01/16 - 09/01/16 | $1,102.07 | -$472.11 | | $472.11 | $48.96 | | | $0.00 | $0.00 | |
| 6/8/2017 | $54.64 | Trustee Payment | | | $54.64 | | | $48.96 | $54.64 | | $54.64 | $54.64 | |
| 6/8/2017 | $1,076.66 | 5/1/17 - 06/01/17 | 10/1/16 - 11/1/16 | $1,102.07 | -$25.41 | | $25.41 | $23.55 | | | $54.64 | $54.64 | |
| 7/6/2017 | $55.89 | Trustee Payment | | | $55.89 | | | $23.55 | $55.89 | | $110.53 | $110.53 | |
| 7/6/2017 | $562.81 | 7/1/2017 | 12/1/2016 | $562.81 | $0.00 | | | $23.55 | | | $110.53 | $110.53 | |
| 8/3/2017 | $55.89 | Trustee Payment | | | $55.89 | | | $23.55 | $55.89 | | $166.42 | $166.42 | |
| 8/3/2017 | $562.81 | 8/1/2017 | 1/1/2017 | | $562.81 | | | $23.55 | | | $166.42 | $166.42 | |
| 9/7/2017 | $55.89 | Trustee Payment | | | $55.89 | | | $23.55 | $55.89 | | $222.31 | $222.31 | |
| 9/7/2017 | $562.81 | 9/1/2017 | 2/1/2017 | $562.81 | $0.00 | | | $23.55 | | | $222.31 | $222.31 | |
| 10/5/2017 | $134.80 | Suspense | | | $134.80 | $134.80 | | $158.35 | | | $222.31 | $222.31 | |
| 11/2/2017 | $623.20 | 10/1/2017 | 3/1/2017 | $562.81 | $60.39 | $60.39 | | $218.74 | | | $222.31 | $222.31 | |
| 12/7/2017 | $722.47 | Trustee Payment | | | $722.47 | | | $218.74 | $722.87 | | $945.18 | $945.18 | |
| 12/7/2017 | $930.43 | 11/1/17 - 12/1/17 | 4/1/17 - 5/1/17 | $1,125.62 | -$195.19 | | $195.19 | $23.55 | | | $945.18 | $945.18 | |
| 1/10/2018 | $219.19 | Trustee Payment | | | $219.19 | | | $23.55 | $219.19 | | $1,164.37 | $1,164.37 | |
| 1/10/2018 | $404.01 | Suspense | | | $404.01 | $404.01 | | $427.56 | | | $1,164.37 | $1,164.37 | |
| 2/8/2018 | $219.19 | Trustee Payment | | | $219.19 | | | $427.56 | $219.19 | | $1,383.56 | $1,383.56 | |
| 2/8/2018 | $404.01 | 1/1/2018 | 6/1/2017 | $404.01 | $0.00 | | | $427.56 | | | $1,383.56 | $1,383.56 | |
| 2/8/2018 | | Pre Applied | 7/1/2017 | | $0.00 | | | $427.56 | | $562.81 | $820.75 | $1,383.56 | |
| | | Pre Applied | 8/1/2017 | | $0.00 | | | $427.56 | | $562.81 | $257.94 | $1,383.56 | |
| 3/16/2018 | $404.01 | 2/1/2018 | 9/1/2017 | $404.01 | $0.00 | | | $427.56 | | | $257.94 | $1,383.56 | |
| 3/16/2018 | | Trustee Payment | | | $0.00 | | | $427.56 | $219.19 | | $477.13 | $1,602.75 | |
| 3/16/2018 | | Pre Applied | 10/1/2017 | | $0.00 | | | $427.56 | | $404.01 | $73.12 | $1,602.75 | |
| 4/10/2018 | $404.01 | 3/1/2018 | 11/1/2017 | $404.01 | $0.00 | | | $427.56 | | | $73.12 | $1,602.75 | |
| 4/10/2018 | | Trustee Payment | | | $0.00 | | | $427.56 | $219.19 | | $292.31 | $1,821.94 | |
| 5/9/2018 | $404.01 | 4/1/2018 | 12/1/2017 | $404.01 | $0.00 | | | $427.56 | | | $292.31 | $1,821.94 | |
| 5/9/2018 | | Trustee Payment | | | $0.00 | | | $427.56 | $219.19 | | $511.50 | $2,041.13 | |
| 5/9/2018 | | Pre Applied | 1/1/2018 | | $0.00 | | | $427.56 | | $404.01 | $107.49 | $2,041.13 | |
| 6/14/2018 | $404.01 | 5/1/2018 | 2/1/2018 | $404.01 | $0.00 | | | $427.56 | | | $107.49 | $2,041.13 | |
| 6/14/2018 | | Trustee Payment | | | $0.00 | | | $427.56 | $734.04 | | $841.53 | $2,775.17 | |
| 6/14/2018 | | Pre Applied | 3/1/2018 | | $0.00 | | | $427.56 | | $404.01 | $437.52 | $2,775.17 | |
| 6/14/2018 | | Pre Applied | 4/1/2018 | | $0.00 | | | $427.56 | | $404.01 | $33.51 | $2,775.17 | |
| 7/10/2018 | $404.01 | 6/1/2018 | 5/1/2018 | $404.01 | $0.00 | | | $427.56 | | | $33.51 | $2,775.17 | |
| 7/10/2018 | | Trustee Payment | | | $0.00 | | | $427.56 | $219.19 | | $252.70 | $2,994.36 | |

| Date | Amount | Period | Period2 | Amount2 | Balance | | | $427.56 | Adj | PreApp | Bal2 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/13/2018 | $404.01 | 7/1/2018 | 6/1/2018 | $404.01 | $0.00 | | | $427.56 | | | $252.70 | $2,994.36 |
| 8/13/2018 | | Trustee Payment | | | $0.00 | | | $427.56 | $244.51 | | $497.21 | $3,238.87 |
| 8/13/2018 | | Pre Applied | 7/1/2018 | | $0.00 | | | $427.56 | | $404.01 | $93.20 | $3,238.87 |
| 9/19/2018 | $404.01 | 8/1/2018 | 8/1/2018 | $404.01 | $0.00 | | | $427.56 | | | $93.20 | $3,238.87 |
| 9/19/2018 | | Trustee Payment | | | $0.00 | | | $427.56 | $269.83 | | $363.03 | $3,508.70 |
| 10/11/2018 | $404.01 | 9/1/2018 | 9/1/2018 | $404.01 | $0.00 | | | $427.56 | | | $363.03 | $3,508.70 |
| 10/11/2018 | | Trustee Payment | | | $0.00 | | | $427.56 | $219.19 | | $582.22 | $3,727.89 |
| 10/11/2018 | | Pre Applied | 10/1/2018 | | $0.00 | | | $427.56 | | $404.01 | $178.21 | $3,727.89 |
| 11/23/2018 | $404.01 | 11/1/2018 | 11/1/2018 | $404.01 | $0.00 | | | $427.56 | | | $178.21 | $3,727.89 |
| 11/23/2018 | | Trustee Payment | | | $0.00 | | | $427.56 | $734.01 | | $912.22 | $4,461.90 |
| 11/23/2018 | | Pre Applied | 12/1/2018 | | $0.00 | | | $427.56 | | $404.01 | $508.21 | $4,461.90 |
| 11/23/2018 | | Pre Applied | 1/1/2019 | | $0.00 | | | $427.56 | | $404.01 | $104.20 | $4,461.90 |
| 12/11/2018 | $404.01 | 2/1/2019 | 2/1/2019 | | $404.01 | | | $427.56 | | | $104.20 | $4,461.90 |
| 12/11/2018 | | Trustee Payment | | | $0.00 | | | $427.56 | $219.19 | | $323.39 | $4,681.09 |
| 1/15/2019 | $404.01 | 3/1/2019 | 3/1/2019 | $404.01 | $0.00 | | | $427.56 | | | $323.39 | $4,681.09 |
| 1/15/2019 | | Trustee Payment | | | $0.00 | | | $427.56 | $219.19 | | $542.58 | $4,900.28 |
| 1/15/2019 | | Pre Applied | 4/1/2019 | | $0.00 | | | $427.56 | | $404.01 | $138.57 | $4,900.28 |
| 2/13/2019 | $404.01 | 5/1/2019 | 5/1/2019 | $404.01 | $0.00 | | | $427.56 | | | $138.57 | $4,900.28 |
| 2/13/2019 | | Trustee Payment | | | $0.00 | | | $427.56 | $18.89 | | $157.46 | $4,919.17 |
| 3/12/2019 | $404.01 | 6/1/2019 | 6/1/2019 | $404.01 | $0.00 | | | $427.56 | | | $157.46 | $4,919.17 |
| 4/11/2019 | $404.01 | 7/1/2019 | 7/1/2019 | $404.01 | $0.00 | | | $427.56 | | | $157.46 | $4,919.17 |
| **Due** | | | **8/1/2019** | **$404.01** | -$404.01 | | | $427.56 | | | $157.46 | $4,919.17 |
| | | | **9/1/2019** | **$404.01** | -$404.01 | | | $427.56 | | | $157.46 | $4,919.17 |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 15-52104-mbm |
| Janet Elyse Bell | Chapter 13 |
| Debtor. | Judge Marci B. McIvor |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Response to Notice of Final Cure Payment has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on September 11, 2019 to the following:

Janet Elyse, Debtor
17625 Shaftsbury Ave.
Detroit, MI 48219

Ryan Moran, Debtor's Counsel
ecf@moranlawoffice.com

David Wm Ruskin, Chapter 13 Trustee
ecf-emails@det13.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

    Respectfully Submitted,

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (OH 0083702)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Creditor